291 U.S. 685
 54 S.Ct. 562
 78 L.Ed. 1072
 ILLINOIS BANKERS LIFE ASSOCIATION OF MONMOUTH, ILLINOIS, et al., petitioners,
v.
S. L. TALLEY, Administrator of the ESTATE OF Thomas F. SCOGGINS, deceased.*
 No. 796.
 Supreme Court of the United States
 March 19, 1934
 
 Messrs. Hamp. P. Abney, of Sherman, Tex., Hamp. P. Abney, Jr., of Houston, Tex., and L. A. Stebbins, of Chicago, Ill. (Messrs. Hugh T. Martin, of Chicago, Ill., and L. W. Melburg, of Monmouth, Ill., of counsel), for petitioners.
 Messrs. Jot Horton and Webb & Webb, all of Sherman, Tex., for respondent.
 
 
 1
 For opinion below, see 68 F.(2d). 4.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied.
 
 
 
 *
 Rehearing denied 292 U. S. 605, 54 S. Ct. 713, 78 L. Ed. —-.